UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIRK MCKENZIE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-0268** |
| **NELSON COLEMAN CORRECTIONAL CENTER, WARDEN ROLAND LADREYT, OFFICER G. MOREHOUSE** | **SECTION "H"(4)** |

### ORDER AND REASONS

The plaintiff, Kirk McKenzie, filed a **Motion for Discovery Under Rule 26 of the Federal Civil Code and Procedure (Rec. Doc. No. 22)**. McKenzie seeks copies of certain documents and video tapes which he believes are in the possession of the defendants. He seeks an order from this Court to have the defendants provide him with these materials.

McKenzie's motion is not a proper means of obtaining the responses and documents he seeks. He must present any discovery requests to the appropriate party, or non-party, in accordance with Fed. R. Civ. P. 34 and/or Fed. R. Civ. P. 45 within the time limits set by the Court before trial.

To the extent he intends this motion as one to compel discovery from a defendant or non-party, he has not indicated any attempt to obtain the information directly from the appropriate party or non-party such to warrant intervention by the Court to compel responses. Under Fed. R. Civ. P. 37(a)(1), the plaintiff also is required to provide a certification that he conferred with opposing counsel to amicably resolve any discovery dispute and to state why they were unable to agree or that

opposing counsel refused to so confer after reasonable notice. McKenzie has not included a certification of this kind nor has he indicated in any other manner that he attempted to amicably resolve the discovery issues alleged before filing this motion. Thus, he is not entitled to a court order to compel discovery responses. Accordingly,

    **IT IS ORDERED** that McKenzie's **Motion for Discovery Under Rule 26 of the Federal Civil Code and Procedure (Rec. Doc. No. 22)** is **DENIED**.

    New Orleans, Louisiana, this  19th  day of January, 2012.

                                        **KAREN WELLS ROBY**
                                      **UNITED STATES MAGISTRATE JUDGE**